<u>AFFIDAVIT</u>

I, Richard A Sutherland Jr., being duly sworn on oath, depose and state as follows:

1.      I have been employed with the FBI as a Special Agent since 2009.  Prior to this, I was a Deputy Sheriff in Onslow County, NC for thirteen years.  My primary duties as a Special Agent have been to investigate violent crimes, crimes against children, and internet-based crimes.

2.      I drafted this Affidavit for the purpose of securing a criminal complaint charging ASHLEY JAMES CROUSE with the offense of Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).  The information contained in this Affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable.

4.      In April of 2023 DROPBOX, a cloud storage service, provided a cyber tip to the National Center for Missing and Exploited Children ("NCMEC").  In the tip, DROPBOX reported that one of their users possessed child pornography in their DROPBOX account.  DROPBOX made the report because the hash value of a file stored in the user's account matched a known hash value for a child pornography file.

5.      DROPBOX provided the user's name, Ashley CROUSE, the email address associated with the user, [revcrouse@charter.net](mailto:revcrouse@charter.net), and several IP addresses that the user used to log into the DROPBOX account, to include the IP address 47.135.67.33.

6.      NCMEC provided this cyber tip to the North Carolina State Bureau of Investigation ("SBI").  The SBI served a subpoena on Charter Communications for subscriber information for the IP address 47.135.67.33 that had been provided by DROPBOX.  Charter responded to the

subpoena and provided the subscriber information as: Ashley CROUSE, 4663 HELTON RD, GRANITE FALLS, NC 286309605.

7. The SBI provided this information to the Caldwell County Sheriff's Office ("CCSO"). Investigators applied for, obtained, and served a state search warrant on DROPBOX for the subscriber information and content of the account associated with the username Ashley CROUSE.

8. Investigators received the contents of the DROPBOX, reviewed the files, and saw child pornography files in the Ashley CROUSE DROPBOX account. They also researched Ashley CROUSE and identified him as living at the residence address provided by Charter, and they further identified that CROUSE was a pastor at a church in Granite Falls, NC.

10. Investigators applied for, and received, state search warrants authorizing them to search the residence of Ashley CROUSE and the church where CROUSE was a pastor.

11. On November 3, 2023, CCSO and the SBI began physical surveillance of CROUSE in preparation for the serving of the search warrants at the residence and CROUSE'S church. At approximately 8:05 am, investigators located a vehicle, registered to CROUSE, parked at CROUSE'S church.

12. Investigators surveilled the CROUSE vehicle at the church for a while and then followed the vehicle when it left the church. The vehicle drove to the known residence address for CROUSE and turned into the driveway. The surveillance team notified the search team, and the search team went to CROUSE' residence, made contact with CROUSE, and served the search warrant for the residence. Investigators seized a cellular phone from the residence.

13. Also on November 3, 2023, Investigators went to the church in Granite Falls, NC where CROUSE was the pastor. Investigators executed the search warrant at the church and seized devices from the office of Ashley CROUSE. A forensic examiner later imaged, or copied, these seized devices.

14. Later on November 3, 2023, CROUSE participated in an interview with investigators. The investigators read CROUSE his Miranda Warnings. CROUSE signed a Waiver and agreed to speak with them. During this interview, which was recorded, CROUSE admitted to knowing what child pornography was, to obtaining child pornography from the Internet, and to using child pornography for sexual gratification. CROUSE also admitted to viewing child pornography at the church while multi-tasking and completing church business on his church computer.

15. Investigators seized this church computer, a Dell XPS Desktop Tower containing a 1 Seagate Barracuda 1,0000 GB Hard Drive, when they executed the search warrant at the church.

16. The review of the forensic images that the forensic examiner made from the devices seized from CROUSE's home and church office revealed that the devices contained more than 10,000 images of child pornography, as defined in 18 U.S.C. § 2256(8). For the purpose of providing probable cause for the charge sought with this Complaint, one of those seized files is described below.

17. The review of the image of the Dell desktop computer recovered from CROUSE'S church office revealed that on November 2, 2023, at approximately 12:57:46 UTC (8:57am EDT), a user logged into the "Pastor" account on the computer and downloaded a child pornography video titled "**@nsfwcherry Telegram - CherryLekz[.]com [Website] - @nsfwcherry Telegram**

**-CherryLekz[.]com [Website] - @nsfwcherry Telegram -CherryLekz[.]com [Website] - @nsfwcherry Telegram -CherryLekz[.]com [Website] - @nsfw.mp4**." A computer forensic examiner determined that the user had downloaded the video from https://mega.nz/, a New Zealand based cloud storage and file sharing site. On November 3, 2023, at 12:18:27 UTC (8:18am EDT), during the time that law enforcement surveillance placed CROUSE's vehicle at his church office, someone using the Dell desktop accessed this same video file.

19. The video, which was downloaded on November 2, 2023, and accessed again on November 3, 2023, depicts a female approximately 11 years of age giving oral sex to an adult white male. The female is on her knees and the male is standing. This video then transitions to a different male and depicts the same female. This second male has vaginal sex with this same female. The focal point of the video was the oral sex between the female and the first depicted male and the vaginal sex between the female and the second depicted male.

20. After they served the search warrant at the church, investigators interviewed two of the church officers. These individuals told investigators that CROUSE had started locking his office whenever he left his office, even if he was just going to the bathroom. These individuals also said that they had not seen the inside of CROUSE's office for months prior to the service of the search warrant.

21. Based upon the above, I have probable cause to believe that CROUSE has knowingly committed the offense of Receipt of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2)(A).

This Affidavit was reviewed by AUSA Kimlani Ford.

Respectfully submitted,

**/s/ Richard A Sutherland Jr**
Richard A Sutherland Jr
Special Agent
Federal Bureau of Investigation

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 26th day of April, 2024, at 11:35 AM.

Susan C. Rodriguez
United States Magistrate Judge