IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:24CR17-KDB |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| ASHLEY JAMES CROUSE | ) | |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the defendant's guilty plea filed in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

Count One

1.      On or about November 2, 2023, in the Western District of North Carolina, the defendant knowingly received child pornography.

2.      When the the defendant received the child pornography, he knew that it was child pornography.

3.      The defendant received the child pornography using any means or facility of interstate or foreign commerce or that has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

Count Two

    4.     On or about November 3, 2023, in the Western District of North Carolina, the defendant knowingly possessed material that contained images and videos of child pornography, as defined in Title 18, United States Code, Section 2256(8), including images and videos that involved a prepubescent minor and a minor who had not attained 12 years of age.

    5.     The images and videos had been mailed, or shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or were produced using materials that had been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

    6.     When the defendant possessed the material, he knew the material contained images and videos of child pornography.

DENA J. KING
UNITED STATES ATTORNEY

*Kimla MFord*

KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY

Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis and have discussed it with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, and I hereby certify that the defendant does not dispute this Factual Basis.

*Mark Rosenblum*

Mark Rosenblum, Attorney for Defendant

DATED: 8/12/2024

2